# United States District Court
### District of Minnesota

Chambers of
**KATE MENENDEZ**
Magistrate Judge



U.S. Courthouse 8E
300 South Fourth Street
Minneapolis, Minnesota 55415
(612) 664-5140
Menendez_Chambers@mnd.uscourts.gov

July 6, 2021

Adrianne L. Laramore
1230 Edgerton St., Unit #1
St. Paul, MN  55130

Re:     Laramore v. Quality Residence, LLC
        Civil No. 21-cv-781-WMW-KMM

Dear Ms. Laramore:

I am writing to invite you to participate in a settlement conference in your pending lawsuit.  During a settlement conference, the parties work together with me to try and resolve a case through negotiation and compromise.  Such settlements can often help find a solution that both sides will accept.

If you are interested in participating in such a conference, you can do so on your own without a lawyer.  I could also refer you to the Federal Bar Association's Pro Se Project.  They might be able to assign a lawyer to assist you just for the settlement conference.

Please submit a letter to the Court as soon as possible if you would like to attend a settlement conference.  Please also advise whether you would like to be referred to the Pro Se Project for the limited purpose of having counsel for such a conference.

Thank you.

Sincerely,

*s/ Kate Menendez*

Kate Menendez
United States Magistrate Judge
District of Minnesota

cc:    Counsel of record (via ECF)